IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-324-WKW |
| | ) |
| PROGRESSIVE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On May 8, 2012, the Magistrate Judge filed a Recommendation in this case. (Doc. # 10.)  Plaintiff filed a Response (Doc. # 13), which is construed as an objection.  Upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b)(1), it is ORDERED that Ms. Nails's objection (Doc. # 13) is OVERRULED and that the Recommendation (Doc. # 10) is ADOPTED.  It is further ORDERED that this action is DISMISSED without prejudice due to Plaintiff's failure to pay the filing fee within the time allowed by the court.

An appropriate judgment will be entered.

DONE this 5th day of June, 2012.

                                               /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE